UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA             :
:          **SCHEDULING ORDER**
  - v -                              :
:          7:23-CR-00503-PMH
TRAVIS SINCLAIR,                     :
:
          Defendant.       :
------------------------------------x

The Status Conference scheduled for November 29, 2023 at 3:30 p.m. in Courtroom 520 at the White Plains Courthouse is converted to a Change of Plea Hearing.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       November 28, 2023

_____
Philip M. Halpern
United States District Judge