# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715

---

> Application granted. The sentencing scheduled for June 13, 2024 is adjourned to September 30, 2024 at 11:00 a.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by September 9, 2024 and the Government's response is due by September 16, 2024.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          May 20, 2024

---

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  *U.S. v. Travis Sinclair*
     **23 Cr. 503 (PMH)**

Dear Judge Halpern:

    I represent Travis Sinclair in the above-referenced matter. Sentencing is currently scheduled for June 13, 2024. The purpose of this letter is to respectfully request a 60-day adjournment of the sentencing. Counsel is still waiting for psychologist records, which are to be included in the sentencing submission. Additionally, counsel will be out of the country on June 13. I have spoken with the Government, who have trials scheduled much of July. An adjournment of 60 days will provide counsel sufficient time to receive the records and ensure all parties are ready to proceed to sentencing. This is the defendant's first request for an adjournment of the sentencing and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing for 60 days, to the week of August 12, 2024, or a date that is convenient to the Court.

    The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:  AUSA Benjamin Klein
     AUSA Stephanie Simon
     (*via ECF*)

1