UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :          **RESCHEDULING**
v.                                  :          **ORDER**
                                    :
TRAVIS SINCLAIR,                    :
            Defendant.              :          7:23-cr-00503-PMH
                                    :
------------------------------------------------------------x

Due to a scheduling conflict, sentencing in this matter currently scheduled for September 30, 2024 is rescheduled to February 3, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. The Court will advance the sentencing date if an earlier date becomes available so Defendant's sentencing submission date remains September 9, 2024 and the Government's sentencing submission date remains September 16, 2024.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at the time of sentencing.

**SO ORDERED:**

Dated: White Plains, New York
       September 4, 2024

_____
Philip M. Halpern
United States District Judge