UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

TRAVIS SINCLAIR,
               Defendant.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:23-cr-00503-PMH

Sentencing in this matter currently scheduled for February 3, 2025 is rescheduled to December 12, 2024 at 2:30 p.m. at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at the time of sentencing.

**SO ORDERED:**

Dated: White Plains, New York
       November 19, 2024

_____
Philip M. Halpern
United States District Judge