# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 12, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

        **Re:** *United States v. Travis Sinclair*,
           **23 CR 503 (PMH)**

Dear Judge Halpern:

  I represented Travis Sinclair on his criminal matter. He was sentenced on December 12, 2024. Based on the letter that Mr. Sinclair filed on March 10, 2025, he is clearly claiming ineffective assistance of counsel. As a result, I would request new counsel be assigned to assist Mr. Sinclair in filing a habeas petition or to seek whatever relief they deem appropriate. The Court's time and consideration of this matter are greatly appreciated.

           Respectfully submitted,

           /s/

           Margaret M. Shalley

cc: All counsel
   (*via ECF*)