UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS SINCLAIR,<br><br>         Petitioner,<br><br> -against-<br><br>UNITED STATES OF AMERICA,<br><br>         Respondent. | 7:25-CV-7015 (PMH)<br><br>7:23-CR-0503 (PMH)<br><br>**ORDER** |

PHILIP M. HALPERN, United States District Judge:

  Petitioner commenced this proceeding on August 22, 2025. (Doc. 1). On August 28, 2025, the Court directed the U.S. Attorney's Office to file an answer or other pleading in response to the motion within 30 days. (Doc. 4). The U.S. Attorney's Office failed to file an answer or other pleading by that deadline.

  Accordingly, the Court, *sua sponte*, extends the U.S. Attorney's Office time to file an answer or other pleading in response to the motion to November 3, 2025. Petitioner, by November 18, 2025, may file a reply to Respondent's answer or other pleading. Absent further order, the motion will be considered fully submitted as of that date.

SO ORDERED.

Dated: October 1, 2025
     White Plains, New York

                                    PHILIP M. HALPERN
                                    United States District Judge