UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS SINCLAIR,<br><br>                                  Movant,<br><br>              -against-<br><br>UNITED STATES OF AMERICA,<br><br>                                  Respondent. | 7:25-CV-7015 (PMH)<br><br>7:23-CR-0503 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of Movant Travis Sinclair's letter dated October 13, 2025, filed under seal, requesting two to three months to file his reply brief in support of his motion brought under 28 U.S.C. § 2255. Movant's reply brief shall be filed by January 16, 2026. No further extensions will be granted and the motion will be considered fully submitted as of that date.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Sinclair at # 75927-054, FTC Oklahoma City, Federal Transfer Center, P.O. Box 898801, Oklahoma City, Oklahoma 73189.

SO ORDERED.

Dated:   White Plains, New York
         November 10, 2025

                                             _____
                                             PHILIP M. HALPERN
                                             United States District Judge